## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL KENT, Individually and On Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) | Case No. 1:19-cv-00485-CFC |
| ) | |
| v. ) | CLASS ACTION |
| ) | |
| SPARK THERAPEUTICS, INC., STEVEN M. ALTSCHULER, LARS EKMAN, KATHERINE A. HIGH, JEFFERY D. MARRAZZO, ANAND MEHRA, VIN MILANO, ROBERT J. PEREZ, ELLIOT SIGAL, LOTA ZOTH, ROCHE HOLDINGS, INC., and 022019 MERGER SUBSIDIARY INC., ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Michael Kent ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: September 5, 2019

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com